IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| DAVID L. SHAW, #689847 | § | |
| VS. | § | CIVIL ACTION NO. 6:17cv660 |
| DIRECTOR, TDCJ-CID | § | |

### ORDER OF DISMISSAL REGARDING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

The above-styled civil and numbered civil action was referred to United States Magistrate Judge K. Nicole Mitchell. The Magistrate Judge issued a Report and Recommendation, (Dkt. #13), regarding Plaintiff's motion for preliminary injunction, (Dkt. #5). The Report contains proposed findings of fact and recommendations for the disposition of Plaintiff's motion for preliminary injunction. The Report concluded that Plaintiff's motion should be denied. Plaintiff has filed objections.

The court, having made a *de novo* review of the objections raised by the Plaintiff, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections by the Plaintiff are without merit. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the opinion of the court. Accordingly, it is

**ORDERED** that Plaintiff's motion for preliminary injunction, (Dkt. #5), is **DENIED**.

**SIGNED this the 24th day of September, 2018.**

*[signature: Richard A. Schell]*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE